65 A.3d 915

Willie STOKES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 23 EM 2013.

Supreme Court of Pennsylvania.

May 1, 2013.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of May, 2013, the Application for Relief is **DISMISSED**. *See Commonwealth v. Reid*, 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is not permitted). The Prothonotary is directed to forward the filing to counsel of record.

65 A.3d 915

Brian L. COOK, Petitioner

v.

COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.

No. 22 EM 2013.

Supreme Court of Pennsylvania.

May 1, 2013.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of May, 2013, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.